# PROOF OF PUBLICATION
(2015.5 C.C.P.)

STATE OF CALIFORNIA
County of Los Angeles

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of The Argonaut, a newspaper of general circulation, printed and published weekly in the County of Los Angeles, State of California, under the date of March 7, 1973, modified October 5, 1976, Case Number C47170; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

2/7  2/14  2/21  2/28  3/6  3/13

All in the year 20 08

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at   Los Angeles

California,  the  28  day  of  Jan   2008

Signature

Chantal  Marselis

*Chantal Marselis* (signature)



P. O. Box 11209, Marina del Rey, CA 90295-7209
Located at 5355 McConnell Ave., L. A., CA 90066
(310) 822-1629

---

**Miscellaneous Notices**

Proof of

**IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF CONNECTICUT:** United States of America, Plaintiff, v. Michael Lauer, Mizuho Corporate Bank, Ltd., KFP- Investors Partnership, Town of Greenwich Connecticut, Heidi Lauer, and Hannah Hempstead, Defendants. Civil No. 3:06cv1724 (JCH)
**NOTICE TO HEIDI LAUER AND HANNAH HAMPSTEAD:**
You have been named as a defendant in the above-captioned action to foreclose federal tax liens against the real property owned by the defendant Michael Lauer at 7 Dwight Lane, Greenwich, Connecticut 06831 and being more particularly described as:

Beginning at a point formed by the intersection of the division line between the premises herein described and land of Bruce S. Brickman and Maura Brickman, now or formerly, with the southerly line of Dwight lane, then running along land of Said Brickman,
South 22° 23'30" East, a distance of 444.25 feet, South 89° 52'00" East, a distance of 242.00 feet, to land of Carl Gerken and Emma A. Gerken, now or formerly, then turning and running along land of said Gerken,
South 9° 56'50" West, a distance of 274.16 feet, to the division line between the premises herein described and Lot "A" as depicted on map numbered 6354 in the Greenwich Land Records, then turning and running along said division line,
North 89° 52'00", a distance of 330.53 feet, to land of Steven G. Kaali and Olga Kaali, now or formerly; then turning and running along land of said Kaali to the following course: North 28° 00'50" West. A distance of 208.19 feet, North 71° 58'00" West, a distance of 25.30 feet, North 19° 12'00" West, a distance of 114.60 feet, North 28° 00'50" West, a distance of 39.00 feet, North 19° 12'00", a distance of 114.60 feet, North 71° 58'00" West, a distance of 25.30 feet, North 28° 00'50" West, a distance of 97.55 feet to the southerly line of Dwight Lane; then turning and running along the southerly line of Dwight Lane the following courses:
on an arc length 33.30 feet along a circular curve to the left, having a radius of 350.00 feet and having a chord of North 38 58'02 East 33.29 feet,
an arc length of 195.88 feet along a circular curve to the right, having a radius of 250.00 feet,
an arc length of 70.82 feet along a circular curve to the left, having a radius of 300.00 feet to the point or place of beginning, containing 5.1001 acres, more or less.
A motion for summary judgment has been filed against you. Pursuant to the order entered in this action on January 28, 2008, you are required to respond to the motion for summary judgment by March 14, 2008. If you fail to respond in a timely fashion, judgment will be entered against you and the subject real property will be sold free and clear of any lien or claim you may have. For further information, please contact Mary Hervey at (202) 514.6484.
The Argonaut 2/7, 2/14, 2/21, 2/28, 3/6, 3/13, 2008