UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL LAUER,<br>MIZUHO CORPORATE BANK (USA),<br>KFP INVESTORS PARTNERSHIP, TOWN OF<br>GREENWICH CONNECTICUT, HEIDI LAUER<br>and HANNAH HEMPSTEAD,<br><br>            Defendants.<br><br>MARTY STEINBERG, ESQ., COURT-APPOINTED<br>RECEIVER FOR LANCER MANAGEMENT GROUP<br>II, LLC, LANCER OFFSHORE, INC., OMNIFUND,<br>LTD., LSPV, INC., LSPV, LLC, ALPHA OMEGA<br>GROUP, INC., G.H. ASSOCIATES, LLC, CLR<br>ASSOCIATES, LLC and as RESPONSIBLE PERSON<br>FOR LANCER PARTNERS, L.P.,<br><br>            Intervenor-Defendant. | :<br>:<br>:<br>:   CIVIL ACTION NO.<br>:   3:06-CV-01724(JCH)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   APRIL 22, 2008<br>: |

## MOTION FOR JUDGMENT OF FORECLOSURE BY SALE

The defendant/cross-claimant/counter-claimant Mizuho Corporate Bank (USA) ("Mizuho"), respectfully requests that a Judgment of Foreclosure by Sale enter in the above-captioned matter. Mizuho agrees that the property should be sold by the IRS Property and Liquidation Specialist.

In support of the motion, Mizuho submits the following documents:

1.    Ex. A - Foreclosure Worksheet;

2.    Ex. B. - Military Affidavit;

3.    Ex. C. - Updated Affidavit of Debt;

4.    Ex. D. - Affidavit of Appraiser; and

5.    Ex. E. - Declaration of Jonathan M. Borg in Support of Attorneys' Fees.

71446604.1

DEFENDANT, MIZUHO CORPORATE
BANK(USA) s/h/a Mizuho Corporate Bank, Ltd.

By: _____
Thomas J. O'Neill (ct#12971)
Day Pitney LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-3000 – Telephone
(203) 977-7301 – Facsimile
tjoneill@daypitney.com – E-mail

and

Jonathan M. Borg (phv01628)
Day Pitney LLP
7 Times Square
New York, NY 10036
(212) 297-5800 - Telephone
(212) 916-2940 - Facsimile
jborg@daypitney.com – E-mail

Its Attorneys

71446604.1